USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8460.01

WRITER'S DIRECT DIAL:

212-277-5875

November 26, 2019

**VIA ECF**

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: December 2, 2019

        Re:    *Piligian v. Icahn School of Medicine at Mount Sinai*, 17-CV-1975 (ALC)
               (SDA)

Dear Magistrate Judge Aaron:

        Per the Court's Individual Rule II(B)(3), we write with respect to Plaintiff's filing of Exhibit
DD under seal. An unredacted copy of Exhibit DD has been made available to the Court. It is
Plaintiff's position that the exhibit should be available on the public docket. However, Defendant
opposes public filing. With the court's consent, the parties have agreed to hold the issue in
abeyance until the parties are either heard on Defendant's Summary Judgment Motion or the
motion is decided. As a result, the parties jointly seek leave from the Court to do so.

                        Respectfully submitted,

                        Luna Droubi

cc:    Rory McEvoy
       Brittany Buccellato