USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 17, 2020

**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8246.01

WRITER'S DIRECT DIAL:
(212) 277-5875
ldroubi@blhny.com

December 16, 2020

**VIA ECF**
Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Piligian v. Icahn School of Medicine at Mount Sinai*, 17-CV-1975 (ALC) (SDA)

Dear Judge Carter:

We represent plaintiff George Piligian, M.D. We write with Defendant's consent to seek an extension of time to file the Joint Pre-Trial Order until February 26, 2021. This is the Parties' second request for an extension.

The reason for the request is that Plaintiff has been diligently working on updating his expert report regarding his economic damages to accurately calculate Plaintiff's damages for trial. However, this process has taken longer than anticipated due to his work schedule and a death in his family. We aim to produce Defendant with the report by or about January 4, 2021. Defendant will then update its rebuttal report.

The additional time will also allow the Parties to continue to pursue settlement and, if needed, request a settlement conference before Magistrate Judge Aaron.

We thank the Court for its time and consideration.

Respectfully submitted,

Luna Droubi

cc:   All Parties (via ECF)

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 17, 2020