USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 17, 2021

**BELDOCK LEVINE & HOFFMAN LLP**
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
 (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:   8246.01

WRITER'S DIRECT DIAL:
(212) 277-5875
ldroubi@blhny.com

February 16, 2021

**VIA ECF**
Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

MEMO ENDORSED

Re:   *Piligian v. Icahn School of Medicine at Mount Sinai*, 17-CV-1975 (ALC) (SDA)

Dear Judge Carter:

We represent plaintiff George Piligian, M.D. We write jointly with Defendant to seek a 60-day extension of time to file the Joint Pre-Trial Order until April 26, 2021. This is the Parties' third request for an extension.

Since the prior request, Plaintiff has served an updated expert report on Defendant. Defendant continues to work on its rebuttal report. On February 9, 2021, the parties requested a settlement conference before Magistrate Judge Aaron (Dkt. No. 90.) That conference is currently scheduled for March 4, 2021. (Dkt. No. 91.) The extension will allow the parties to focus their efforts on settlement.

We thank the Court for its time and consideration.

Respectfully submitted,

Luna Droubi

cc:   All Parties (via ECF)

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 17, 2021