USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 16, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.D. GEORGE J. PILIGIAN,<br><br>        Plaintiffs,<br><br>-against-<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI.<br><br>        Defendants. | 17-cv-1975 (ALC) (SDA)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: August 16, 2021
     New York, New York

                     _/s/ Andrew L. Carter, Jr._
                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**