USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/22/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.D. GEORGE J. PILIGIAN,

                **Plaintiff,**

    -against-

ICAHN SCHOOL OF MEDICINE AT
MOUNT SINAI,

                **Defendant.**

17-cv-1975 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 22, 2021
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**